UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN LEONARD BROWN, | Case No. EDCV 09-0423-VBF(RC) |
| Petitioner | JUDGMENT |
| vs. | |
| JAMES YATES, Warden, | |
| Respondent. | |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition is denied and the action is dismissed with prejudice.

DATED: 11-18-10

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

R&Rs\09-0423.jud
8/24/10